UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TISHAN TARIK PURCELL HOLMES,<br><br>                              Plaintiff,<br><br>                   v.<br><br>ABSHIR MOHAMED, et al.,<br><br>                              Defendants. | 23 Civ. 10845 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On February 7, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for February 14, 2024.  *See* Dkt. No. 7.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan and scheduling order will issue separately.  Because the parties do not provide any reason for the extended discovery periods they propose, the deadlines are modified to comply with the Court's defaults.

SO ORDERED.

Dated: February 8, 2024
        New York, New York

_____
                    DALE E. HO
            United States District Judge